UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-10-MOC-WCM

| | |
|---|---|
| BRENT MCMAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOSEPH JONES, individually and as ) | |
| an agent for GRAHAM COUNTY ) | |
| SHERIFF'S OFFICE, GRAHAM ) | |
| COUNTY SHERIFF'S OFFICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court Plaintiff's Motion to Allow Voluntary Dismissal of his claim against all Defendants for a violation of 41 U.S.C. § 4712. (Doc. No. 9).

The Court **GRANTS** the motion. Plaintiff's claim for a violation of 41 U.S.C. § 4712 is hereby dismissed as to all Defendants.

**IT IS SO ORDERED.**

Signed: March 11, 2021

Max O. Cogburn Jr.
United States District Judge