# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Brent McMahan, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00010-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Graham County Sheriff's Office | ) | |
| Joseph Jones, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2021 Order.

March 11, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court